MARTINEZ v. THE DISTRICT COURT OF MAYAGUEZ.

APPLICATION for a Writ of *Certiorari*

No. 13.—Decided October 11, 1905.

CERTIORARI—PROCEEDINGS CONTRARY TO LAW.—In order that the writ of *certiorari* may issue, the proceedings must have been contrary to law.

ID.—UNLAWFUL DETAINER—APPOINTMENT OF TRUSTEE.—It is not error for a court, in an action for unlawful detainer, where the defendant has been prohibited from gathering the fruits and using certain buildings on the property which is the object of the action, to appoint a trustee on the petition of the plaintiff, because such a case is covered by the provisions of section 182 of the Law of Civil Procedure.

STATEMENT OF THE CASE.

In an action of unlawful detainer to recover possession of a rural estate brought in the District Court of Mayaguez by Maria Moreno against Victor Martinez, the plaintiff applied for an injunction to restrain the defendant from continuing to collect the products of said estate and from using certain establishments thereon, and the injunction having issued, the said plaintiff applied to the district court for the appointment of a receiver to take charge of the gathering of such products and the maintenance of said establishments. The appointment having been ordered and there being no appeal from such order, the defendant made an application to the Supreme Court to issue a writ of *certiorari* to the District Court of Mayaguez requiring it to transmit the record of said proceedings and praying for a modification in due time of the order objected to, on the ground that the appointment of a receiver in this case was not comprised among the cases enumerated in section 182 of the Code of Civil Procedure.

Mr. Martinez for applicant.

OPINION OF THE COURT.

The case of the appointment of a receiver referred to by the applicant being one which is not comprised in section 182 of the Code of Civil Procedure, and the procedure in the court not having been contrary to law, a condition precedent for the issue of a writ of *certiorari*, the writ will not issue.

*Denied.*

Chief Justice Quiñones and Justices Hernandez, Figueras, MacLeary and Wolf concurred.